CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED for Roanoke
JUN 25 2012
JULIA C DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 7:94-cr-40106-4 |
| v. | § 2255 ORDER |
| PATRICK EARL FRANCIS,<br>Petitioner. | By: Hon. Jackson L. Kiser<br>Senior United States District Judge |

For the reasons stated in the accompanying Memorandum Opinion, it is hereby

**ORDERED**

that petitioner's motion to vacate, set aside or correct sentence, pursuant to 28 U.S.C. § 2255, is **DISMISSED without prejudice as successive**, a certificate of appealability is **DENIED**, and the case is **STRICKEN** from the active docket.

The Clerk shall send copies of this Order and the accompanying Memorandum Opinion to petitioner.

ENTER: This 25th day of June, 2012.

/s/ Jackson L. Kiser
Senior United States District Judge