AO 247 (02/08) Order Regarding Motion for Sentence Reduction

CLERK'S OFFICE U.S. DIST. COURT
~~AT DANVILLE, VA~~
FILED

FEB 21 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| PATRICK EARL FRANCIS | ) Case No: 7:94cr40106-004 | |
| | ) USM No: 04907-084 | |
| Date of Previous Judgment: 04/12/1995 | ) | |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __LIFE__ months **is reduced to** __188 months*__.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)
Previous Offense Level: 38           Amended Offense Level: 32
Criminal History Category: V         Criminal History Category: V
Previous Guideline Range: 360 to LIFE months   Amended Guideline Range: 188 to 235 months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☑ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
*Defendant is sentenced to 188 months or time served, whichever is greater. Defendant's sentence is composed of 188 months on Count 1 and 188 months on Count 6, to be served concurrently.

Except as provided above, all provisions of the judgment dated __04/12/1995__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: February 21, 2019

Judge's signature

Effective Date: _____
(if different from order date)

Hon. Jackson L. Kiser, Senior U.S. District Judge
Printed name and title